USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 9 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ELARIEL PADILLA

12 CV 1997

Plaintiff,

**ORDER**

-against-

FEDERAL BUREAU OF PRISONS

Defendant.
---------------------------------------------------------------X

Plaintiff, ELARIEL PADILLA filed a lawsuit against the FEDERAL BUREAU OF PRISONS seeking a Court order directing the FEDERAL BUREAU OF PRISONS to permit the deposition of ELARIEL PADILLA to take place at FCI Fort Dix, New Jersey where ELARIEL PADILLA is currently incarcerated. The FEDERAL BUREAU OF PRISONS has failed to answer the lawsuit and is currently in default.

The FEDERAL BUREAU OF PRISONS is hereby ordered to permit the deposition of ELARIEL PADILLA to take place at FCI Fort Dix, New Jersey within ninety days from the date of this order. All parties appearing to take the deposition of ELARIEL PADILLA are subject to the security rules and approval from the Warden of FCI Fort Dix, New Jersey.

SO ORDERED.

Dated: New York, New York
August 9, 2012

Thomas P. Griesa
THOMAS P. GRIESA
United States District Judge

08/07/2012 15:02 2123495298 GALVANO&XANTHAKIS PAGE 05/05